### JAMES M'DERMOTT *vs.* JAMES KENNEDY.

The defence of possession, how far an excuse in an action of assault and battery.
If one orders another out of his house he is bound to go; and, if he refuses, the necessary force may be lawfully used to put him out.

TRESPASS, assault and battery. Pleas, Not guilty and justification.

The case was this. Kennedy being in the plff's. store and a dispute arising, the plff. ordered him out, when he refused to go. Plff. then took hold of him to put him out; and, in the struggle, they both fell down the steps and the plff. was badly injured.

The case was submitted to the jury,

*The Court* charging: That if a man orders another out of his house, he is bound to go; and, if he refuses, the owner or occupant of the house has a right to put him out, and to use the force necessary for that purpose. That though in a criminal proceeding a party is not answerable for a mere accident, yet a trespasser is liable in a civil action, for accidents arising from his improper conduct, except such as are inevitable.

Verdict for plaintiff $35 44.

*Booth,* for plaintiff.
*Rogers,* for defendant.